This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-38202**

**KASSANDRA C. SANCHEZ**
**n/k/a KASSANDRA C. ROMERO,**

      Petitioner-Appellee,

v.

**PHILLIP A. SANCHEZ,**

      Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**Allen R. Smith, District Judge**

Foghi Law Firm, LLC
Boglarka Foghi
Rio Rancho, NM

for Appellee

L. Helen Bennett, P. C.
L. Helen Bennett
Albuquerque, NM

For Appellant

**MEMORANDUM OPINION**

**VARGAS, Judge.**

**{1}** Respondent (Father) appeals from the district court's order denying his motion to modify child support for the parties' one child. This Court issued a notice of proposed disposition, proposing to summarily affirm. Father filed a notice in response to our calendar notice, stating that he "does not intend to file a memorandum in opposition to the Court's proposed summary disposition." Accordingly, and for the reasons stated in our notice of proposed disposition, we affirm.

**{2}** IT IS SO ORDERED.

**JULIE J. VARGAS, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**MEGAN P. DUFFY, Judge**